UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: : | Bk. No. 13-10660 |
| VISION ADVENTURES, LLC : | Chapter 7 |
| Debtor. : | |
| JOSEPH M. DIORIO, Chapter 7 : | |
| Trustee of Vision Adventures, LLC, : | |
| Plaintiff : | |
| : | Adv. Pro. No. 15-01006 |
| v. : | |
| : | |
| LINDA K. DAVIS GRIFFIN and : | |
| SHIRLEY DAVIS, : | |
| Defendants. : | |

## AFFIDAVIT OF CRAIG R. JALBERT, CIRA

I, Craig R. Jalbert, CIRA, upon oath, depose and say:

1. I am a certified insolvency and restructuring advisor engaged by Joseph M. DiOrio, Chapter 7 trustee ("Trustee" or "Plaintiff") of the bankruptcy estate of the debtor, Vision Adventures, LLC ("Debtor"), pursuant to an Order of this Court dated June 20, 2014.

2. I am a principal at Verdolino & Lowey, P.C.

3. I have reviewed the books and records of the Debtor and have determined the following:

### TRANSFERS SINCE MAY 2, 2011 TO PETITION DATE

4. Beginning on May 2, 2011, and continuing through the petition date of March 17, 2013 ("Petition Date"), certain checks were drafted from Debtor's bank account payable to "Cash" and to Defendant Linda Davis Griffin ("Linda"), which checks were signed by Defendant Shirley Davis ("Shirley"), and endorsed by Shirley and Linda in the amount of **$92,991.10** ("Cash Transfers").

## TRANSFERS FROM JULY 20, 2012 TO PETITION DATE

5. During the period of July 20, 2012 through the Petition Date, on behalf of Debtor, Shirley and Linda made certain transfers by drafting checks drawn on Debtor's bank account payable to "Cash" and Linda, which checks were signed by Shirley, and endorsed by Shirley or Linda, in the total amount of **$17,300.00**.

6. Additionally, during the period of July 20, 2012 through the Petition Date, Shirley and Linda made certain transfers via checks drawn on Debtor's bank account payable to other business entities owned by Linda, and for debts of Linda owed to various creditors in the total amount of **$12,815.94**.

## TRANSFERS FROM DECEMBER 27, 2008

7. From December 27, 2008 through the Petition Date, Linda and Shirley wrote checks from the Debtor's bank account in the total amount of **$506,446.75** for purposes that did not benefit Debtor.

Signed under the pains and penalties of perjury this 16th day of June, 2015

_____
Craig R. Jalbert, CIRA

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF ___Norfolk___

Subscribed and sworn to before me this 16 day of June, 2015

_____
Notary Public
My Commission Expires:

THOMAS C. BAILEY
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
March 4, 2016