*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: **Vision Adventures, LLC**                BK No. **1:13–bk–10660**
                                                 Chapter **7**

  Debtor(s)

**Joseph M. DiOrio**
Plaintiff(s)
         v.                                      AP No. **1:15–ap–01006**
**Linda Katrina Davis Griffin** *et al.*
Defendant(s)

---

### *ENTRY OF DEFAULT*

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

                Defendant Linda Katrina Davis Griffin and
                          Defendant Shirley Davis

***Therefore, default is entered against the defendant(s) as authorized by Federal Rule Bankruptcy Procedure 7055.***

                                       /s/ Susan M. Thurston
                                       Clerk, U.S. Bankruptcy Court

Entered on Docket: **6/22/15**
Document Number: **12**

321.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*