06-30 '15 AM11:53

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE: VISION ADVENTURES, LLC | Case No. 13-10660<br>Chapter 7 |
| JOSEPH M. DIORIO, CH 7 Trustee of<br>Adventures, LLC, Plaintiff | |
| v. | Adv. Pro. No. 15-01006 |
| LINDA K. DAVIS GRIFFIN and<br>SHIRLEY DAVIS, Defendants | |

### DEFENDANTS' OBJECTION TO
### PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT

The Defendants, Linda K. Davis Griffin and Shirley Davis, hereby object to the Motion of Plaintiff Joseph M. DiOrio for Entry of Default.

The reasons for the Defendants' objection are that as the Plaintiff is aware, the Defendants were subject to a federal criminal investigation centered upon the same fact pattern. My attorney in that matter, Robert Mann, can confirm that the matter is ongoing. For that reason, in response to the efforts of the Plaintiff to date to demand answers from Defendants, we exercised the right guaranteed us under the United States Constitution to remain silent. It is impossible to believe that requiring answers in Bankruptcy Court to questions related to matters under investigation in a Federal criminal proceeding would not adversely affect the rights of the Defendants. Defendants respectfully request this Honorable Court deny Plaintiff's Motion for Entry of Default and grant an extension of time to respond to the original Motion. Specifically, Defendants request the Court place this matter on hold pending the outcome of the Federal criminal matter, and then allow 30 days after that matter concludes to file a response to Plaintiff's original Motion.

_____
(Signature)

6/30/15
_____
(Date)

## CERTIFICATION

I hereby certify that a copy of the within Objection was mailed to Joseph M. Dioxu (Hand delivered) on the 30 day of June.

_____
(Signature)

6/30/15
_____
(Date)